1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   STEVEN H. WINICK, Cal. Bar No. 160815
3  MICHELLE J. HIRTH, Cal. Bar No. 200024
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4106
   Telephone:  415-434-9100
5  Facsimile:   415-434-3947

6  Attorneys for MARKET GEAR, INC.

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | MARKET GEAR, INC.,              | Case No. C 07-02154 PJH
13 |            Plaintiff,           | **NOTICE OF VOLUNTARY DISMISSAL**  AND ORDER
14 |      v.                         | [Complaint Filed: April 17, 2007]
15 | OPUS INTERNATIONAL INC.,        |
16 |            Defendant.           |

17

18

19       PLEASE TAKE NOTICE that Plaintiff Market Gear, Inc. hereby voluntarily

20 dismisses the above-captioned action with prejudice pursuant to Rule 41(a) of the Federal Rules of

21 Civil Procedure. Each party is to bear its own costs and attorneys' fees.

22 Dated: July 1?, 2007

23 7/23/07

24                                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

25

26                                        By _____
                                              MICHELLE J. HIRTH
27  IT IS SO ORDERED                          Attorneys for Plaintiff
    /s/ PJH                                   MARKET GEAR, INC.
28  Judge Phyllis J. Hamilton

                                       -1-
W02-WEST:FHM\400374005.1                                    Notice of Voluntary Dismissal

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4106.

On July 18, 2007, I served the following document(s) described as follows:

1.  **Notice of Voluntary Dismissal**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Nicolette Corso Vilmos, Esq.
Broad and Cassel
390 North Orange Ave., Suite 1400
Orlando, Florida 32801

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 415/434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| 1 | ☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Executed on July 18, 2007, at San Francisco, California.

_____
Mironda Lewis

-3-

W02-WEST:FML\400352693.1
Case No. C-07-01254 PJH

CERTIFICATE OF SERVICE